UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| JESSICA LITTLEFIELD | ) | |
| | ) | |
| v. | ) | CIVIL NO.  2:13-cv-227-NT |
| | ) | |
| ELEVEN EXCHANGE LLC | ) | |

ORDER OF DISMISSAL

Plaintiff having failed to show any cause in response to this Court's Order of October 16, 2013, why this action should not be dismissed as to Defendant Eleven Exchange, LLC,

IT IS HEREBY ORDERED that this action be and it is DISMISSED as to Defendant Eleven Exchange, LLC.

SO ORDERED.

Dated this 4th day of November, 2013.

/s/ Nancy Torresen
Nancy Torresen
United States District Judge